IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00340–MSK–KMT

CARRIE FANCHER (JAYNE),

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Joint Motion for Early Neutral Evaluation Pursuant to D.C.COLO.LCivR 16.6A and Motion for Stay Pending Evaluation" (Doc. No. 47, filed Sep. 21, 2012) is DENIED in part and TAKEN UNDER ADVISEMENT in part.

The Motion (Doc. No. 47) is DENIED to the extent that it seeks to stay the case for failure to address the factors governing the propriety of stays in this district. *See String Cheese Incident, LLC v. Stylus Shows, Inc.,* 02-cv-01934-LTB-PA, at *2 (D. Colo. Mar. 30, 2006). The mere fact that the parties hope to conserve resources until a ruling on the pending Rule 12(b)(6) motion to dismiss is issued is insufficient to support a stay.

The Motion (Doc. No. 47) is TAKEN UNDER ADVISEMENT to the extent that the parties seek an early neutral evaluation pursuant to D.C.COLO.LCivR 16.6A. The parties, through their respective counsel, are each directed to prepare a <u>Confidential</u> Position Statement and submit the same by <u>email only</u> to Magistrate Judge Tafoya no later than October 18, 2012. The Confidential Position Statement should contain the following information:

    1.    A summary of the evidence, including:

          a.    a numbered list of the known significant disputed issues of fact; and

          b.    a numbered list of the known significant disputed legal issues.

2. A candid assessment of the case from the presenter's point of view.

3. Remarks toward any perceived weaknesses in the case.

4. An accurate and complete history of settlement negotiations, including dates, if known, and amounts of demands and offers.

5. A computation of damages, including the theory of calculation and any legal limitations on damages, and a demand or offer each client will accept or pay in settlement (including any essential non-economic terms).

6. Any observations or additional information which would be helpful to Magistrate Judge Tafoya in assisting the parties to negotiate a settlement.

7. The presenter's position as to whether an early neutral evaluation or other form of mediation is likely to be beneficial and, if so, when the best time to conduct such a mediation would be.

This document is to be **emailed to Magistrate Judge Tafoya** (not submitted for filing to the court) at *Tafoya_Chambers@cod.uscourts.gov,* in accordance with the electronic filing procedures of this court. Based on these submission, the court will determine whether an early neutral evaluation or other form of mediation will be ordered in this case.

Dated: September 27, 2012