IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12–cv–00340–MSK–KMT

CARRIE FANCHER (JAYNE),

   Plaintiff,

v.

BANK OF AMERICA, N.A.,

   Defendant.

_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**Magistrate Judge Kathleen M. Tafoya**

   This case comes before the court on "Joint Motion for Early Neutral Evaluation Pursuant to D.C.COLO. LCivR. 16.6a and Motion for Stay Pending Evaluation" [Doc. No. 47]. The court ordered the parties to "prepare a Confidential Position Statement and submit the same by email" to this court on or before October 18, 2012. [Minute Order dated 9/27/12.] Both parties complied with the court's Order.

   Having reviewed the Confidential Position Statements from both parties, the court concludes that mediation or an early neutral evaluation by a Magistrate Judge at this time would be a waste of judicial resources. This court concludes that mediation might be more helpful subsequent to a ruling on Defendant's Motion to Dismiss [Doc. No. 59] filed October 18, 2012, should any issues remain for litigation.

   WHEREFORE, I respectfully

**RECOMMEND** that the "Joint Motion for Early Neutral Evaluation Pursuant to D.C.COLO.LCivR. 16.6a and Motion for Stay Pending Evaluation" [Doc. No. 47] be **DENIED**.

## ADVISEMENT TO THE PARTIES

Within fourteen days after service of a copy of the Recommendation, any party may serve and file written objections to the Magistrate Judge's proposed findings and recommendations with the Clerk of the United States District Court for the District of Colorado. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *In re Griego*, 64 F.3d 580, 583 (10th Cir. 1995).  A general objection that does not put the district court on notice of the basis for the objection will not preserve the objection for *de novo* review.  "[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. One Parcel of Real Prop. Known As 2121 East 30th Street, Tulsa, Okla.*, 73 F.3d 1057, 1060 (10th Cir. 1996).  Failure to make timely objections may bar *de novo* review by the district judge of the magistrate judge's proposed findings and recommendations and will result in a waiver of the right to appeal from a judgment of the district court based on the proposed findings and recommendations of the magistrate judge.  *See Vega v. Suthers*, 195 F.3d 573, 579-80 (10th Cir. 1999) (a district court's decision to review a magistrate judge's recommendation *de novo* despite the lack of an objection does not preclude application of the "firm waiver rule");  *One Parcel of Real Prop.*, 73 F.3d at 1059-60 (a party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review); *Int'l Surplus Lines Ins. Co. v. Wyo. Coal Ref. Sys., Inc.*, 52 F.3d 901, 904 (10th Cir.

1995) (by failing to object to certain portions of the magistrate judge's order, cross-claimant had waived its right to appeal those portions of the ruling); *Ayala v. United States*, 980 F.2d 1342, 1352 (10th Cir. 1992) (by their failure to file objections, plaintiffs waived their right to appeal the magistrate judge's ruling); *but see, Morales-Fernandez v. INS*, 418 F.3d 1116, 1122 (10th Cir. 2005) (firm waiver rule does not apply when the interests of justice require review).

Dated this 23rd day of October, 2012.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge